FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 16 PM 1:19
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RONNIE J. THORNTON** | **CIVIL ACTION** |
| **VERSUS** | **NO.** 07-1839 |
| **DIAMOND OFFSHORE DRILLING, INC.** | **SECTION:** SECT. R MAG. 1 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**
**UNDER THE JONES ACT, ETC.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Ronnie J. Thornton, of full age, through undersigned counsel, with respect avers:

1.

Plaintiff Ronnie J. Thornton is of full age an a citizen of and domiciled in Millry, AL.

2.

Diamond Offshore Drilling, Inc. (hereinafter Diamond), made defendant herein, is a corporation qualified to do and doing business in this state and judicial district.

$350.00 Cmt & pro issued

3.

At all relevant times, defendant Diamond owned, operated and controlled the J/U OCEAN DRAKE, a vessel in navigation, and employed plaintiff Ronnie J. Thornton as a member of the crew of said vessel, for which job he earned approximately $40,000 annually.

4.

On or about April 7, 2006, while plaintiff was attempting to perform assigned chores as a crew member aboard the aforesaid vessel, plaintiff suffered severe and permanently disabling and physically disfiguring injuries to his left upper extremity to the negligence of defendant Diamond and the unseaworthiness of the J/U OCEAN DRAKE.

5.

The aforesaid casualty and resulting severe, painful, permanent and disabling injuries to plaintiff Ronnie J. Thornton have greatly impaired if not completely destroyed his wage earning capacity, and, as a consequence, he is entitled to damages in the amount of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS.

6.

Jurisdiction of this cause of action against defendant Diamond is based upon the Jones Act, 46 U. S. C. § 30104 et seq.

**WHEREFORE**, Ronnie J. Thornton prays for judgment against defendant Diamond Offshore Drilling, Inc. and in his favor for compensatory damages in the amount of ONE MILLION

FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS, plus costs and interest as allowed by applicable law.

Respectfully submitted,

LEWIS, KULLMAN, STERBCOW & ABRAMSON

PAUL M. STERBCOW (#17817)
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500
sterbcow@lksalaw.com

**PLEASE SERVE:**

**DIAMOND OFFSHORE DRILLING, INC.**
through its registered agent:
C T Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809