FILED'08 MAY 22 12:09USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RONNIE J. THORNTON — CIVIL ACTION

VERSUS — NO. 07-1839

DIAMOND OFFSHORE MANAGEMENT CO. AND DIAMOND OFFSHORE SERVICES CO. — SECTION "R"(1)

## JURY INTERROGATORIES

Please answer the following questions.

1. Do you find by a preponderance of the evidence that the defendant was negligent under the Jones Act and that such negligence was a legal cause of Mr. Thornton's injuries?

Answer: Yes ✓ No _____

**Proceed to Question 2.**

2. Do you find by a preponderance of the evidence that the *Ocean Drake* was unseaworthy and that such unseaworthiness was a proximate cause of plaintiff's injuries?

Answer: Yes ✓ No _____

**If you answered "Yes" to either Question 1 or Question 2, please proceed to Question 3. If you answered "No" to both Question 1 and Question 2, please skip Questions 3 - 5, and sign and date the verdict form.**

3. Do you find by a preponderance of the evidence that the plaintiff, Ronnie J. Thornton, was negligent and that his own negligence was a cause of his injuries?

Answer: Yes ✓ No ____

**If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No" to Question 3, please skip Question 4 and proceed to Question 5.**

4. State the percentage of fault for each party whose fault you have found to have caused Ronnie Thornton injuries.

(Note: The total of the percentages given in your answer must equal 100%)

| | |
|---|---|
| Defendant | 90 % |
| Plaintiff | 10 % |
| TOTAL | 100 % |

**Proceed to Question 5.**

5. What amount of damages will compensate plaintiff, Ronnie J. Thornton, for his injuries? (Do NOT adjust the amount of damages by the percentage(s) of fault you determined in response to Question 4. The Court will make any necessary calculations.)

ANSWER IN DOLLARS AND CENTS

| | |
|---|---|
| PAST AND FUTURE PHYSICAL PAIN AND SUFFERING AND MENTAL ANGUISH | $2,500,000.00 |
| LOSS OF PAST WAGES, INCLUDING VALUE OF FRINGE BENEFITS | $81,000.00 |
| LOSS OF FUTURE EARNINGS, INCLUDING VALUE OF FRINGE BENEFITS | $563,343.00 |
| TOTAL DAMAGES (ADD ABOVE AMOUNTS) | $3,144,343.00 |

**Please sign and date the verdict form and return to the courtroom.**

New Orleans, Louisiana, this 22 date of May 2008.

Caroline Register
FOREPERSON