UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONNIE J. THORNTON | * | CIVIL ACTION |
| VERSUS | * | NO. 07-1839 |
| DIAMOND OFFSHORE DRILLING, INC. | * | SECTION "R" |
| | * | MAGISTRATE 1 |
| | * | JUDGE VANCE |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

**JUDGMENT**

This action came on for trial before the Court and a jury, Honorable Sarah S. Vance, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of plaintiff, Ronnie J. Thornton, and against defendants, Diamond Offshore Management Company and Diamond Offshore Services Company.



___ Fee___________
___ Process________
X Dktd___________
___ CtRmDep________
___ Doc. No.________

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff is entitled to recover the following damages:

| | | |
|---|---|---|
| a) | Past and Future Physical Pain and Suffering and Mental Anguish: | $2,500,000.00 |
| b) | Loss of Past Wages, Including Value of Fringe Benefits: | $ 81,000.00 |
| c) | Loss of Future Earnings, Including Value of Fringe Benefits: | $ 563,343.00 |
| | TOTAL DAMAGES: | $3,144,343.00 |

The jury further found plaintiff was contributorily negligent in the amount of 10% and each of his damages must be reduced by that percentage, reducing the total damages owed to plaintiff by defendants to $2,829,908.70. In addition, the parties stipulated that any amount awarded in past lost wages would be reduced by the advances on wages previously paid by defendants to plaintiff in the amount of $35,529.06, reducing the total amount of the Judgment in favor of plaintiff, Ronnie J. Thornton, and against Diamond Offshore Management Company and Diamond Offshore Services Company to $2,794,379.64.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that costs owed in the above-captioned matter will be determined by the Court.

New Orleans, Louisiana, this 30th day of May, 2008.

Sarah Vance
**UNITED STATES DISTRICT JUDGE**